FILED ✗ / RECEIVED / LODGED / COPY
OCT 1 2 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼

Phoenix Division

**YESENIA ARCE**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**USPS
UNITED STATES POSTAL SERVICE**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **CV22-01738-PHX-DJH**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | YESENIA ARCE |
| Street Address | 12825 N 42ND ST APT 2049 |
| City and County | PHOENIX, MARICOPA |
| State and Zip Code | AZ, 85032 |
| Telephone Number | 602-697-0510 |
| E-mail Address | YATECH@GMAIL.COM |

   **B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | USPS |
| Job or Title *(if known)* | MANAGER |
| Street Address | 9635 N 7TH ST |
| City and County | PHOENIX, MARICOPA |
| State and Zip Code | AZ, 85020 |
| Telephone Number | 800-275-8777 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FEDERAL COURT HAS FEDERAL JURISDICTION AND LEGAL RIGHT TO HEAR THIS CASE
(FTCA) FEDERAL TORT CLAIMS ACT FEDERAL STATUTE ENACTED IN 1946

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* YESENIA ARCE, is a citizen of the State of *(name)* ARIZONA.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* UNITED STATES POSTAL SERVICE, is incorporated under the laws of the State of *(name)* AZ,
       and has its principal place of business in the State of *(name)*
       ARIZONA.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

> In addition to violating the Occupational Safety and Health Act of 1970 and the 14th Amendment to the United States Constitution. The plaintiff will be seeking the compensatory damages of $1,000,000.00 based on salary loss ($364,800), pension plan ($364,800), loss benefits ($170,400), damaged credit ($100,000), pain and suffering, and emotional damage for the punitive damages of $1,000,000.00 to employee for wrongful conduct and violation of the Occupational Safety of Health Act of 1970. Seeking remedy under the FTCA Federal Tort Claims Act enacted in 1946.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was hired by USPS on August 17th, 2021, and started training on September 27th, 2021, at station location 4949 E Van Buren, Phoenix, AZ as a City Carrier Assistant. As this was during Covid 19, there were sanitary guidelines in place to be followed by CDC guidelines. The station I was placed at after my training on October 18th, 2021, I noticed that that they were not following CDC Covid 19 sanitary guidelines unless inside businesses while delivering mail. I was shadowing another mail carrier, who was my trainer. My trainer, at the time, had fallen ill and called in. I didn't know what the illness was for but not long after I had fallen ill. I called into work but the next day my conditioned worsened. I had to have my daughter take me to the hospital where I was diagnosed with Covid19. I was then put into isolation and oxygen. I was hospitalized for a week before released and then recovering for a month due to the extremity of my illness. During this time my daughter had gone down to USPS to let them know the situation. Where they informed me, since I had completed my training, I would be able to keep my job and that everything was fine and just to let them know when I would be able to return back to work. Once I recovered, I went down to the station, they had told me they would call me to let me know when I can start work again. I had not heard from them for a number of days. I then went back to my station where they forced me to resign from my position. They didn't give any reasons for this, other than my incomplete training but I had completed it as I started to receive health, pension, union, and other benefits from USPS and, started to work as a mail carrier right as soon as I got Covid19. I was afraid to get fired and the repercussions of never being able to work in USPS again if I did not resign, as they said they would let me go instead if I didn't resign despite being ill with Covid19.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff prays that the proper process issue to the defendant and that upon hearing this, the court will grant a judgment for the plaintiff, against the defendant for all compensatory and punitive damages to which this honorable court deems the plaintiff is entitled to. Court cost and further relief under the applicable status mentioned above, including remedy for wrongful termination, loss of salary, future loss of wages, pension plan, loss of benefits, loss of Union, lack of sanity procedures, damaged credit, and bills unpaid on September 8, 2021. Plaintiff sustained financial damages having to file for Chapter 7 bankruptcy, accumulated Covid19 medical bulls, loss of job, loss of security, and emotion damage. As well as seeking remedy bodily injury due to contracting COVID19 as the plaintiff had to be hospitalized due to lack of sanitary procedures followed by proper CDC guidelines. In addition to violating the Occupational Safety and Health Act of 1970 and the 14th Amendment to the United States Constitution. The plaintiff will be seeking the compensatory damages of $1,000,000.00 based on salary loss ($364,800), pension plan ($364,800), loss benefits ($170,400), damaged credit ($100,000), pain and suffering, and emotional damage for the punitive damages of $1,000,000.00 to employee for wrongful conduct and violation of the Occupational Safety of Health Act of 1970. Seeking remedy under the FTCA Federal Tort Claims Act enacted in 1946.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-12-2022

Signature of Plaintiff: Y Arce
Printed Name of Plaintiff: Yesenia Arce

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

Yesenia Arce
12825 N 42nd Street Apt. 2049
Phoenix AZ 85032
(602) 697-0510

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yesenia Arce,<br>              Plaintiff,<br>v.<br>USPS, UNITED STATES POSTAL SERVICE,<br>              Defendant(s). | CASE NUMBER:<br><br>**COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to Federal §§ FTCA. The plaintiff is a resident of Phoenix, Maricopa County, AZ and a citizen of the United States. The defendant, USPS, UNITED STATES POSTAL SERVICE, is a Government Entity located in PHOENIX, AZ and a Government Corporation of the United States. The cause of action arose in the Phoenix division.

### Complaint

I was hired by USPS on August 17th, 2021, and started training on September 27th, 2021, at station location 4949 E Van Buren, Phoenix, AZ as a City Carrier Assistant. As this was during COVID 19, there were sanitary guidelines in place to be followed by CDC guidelines. The station I was placed at after my training on October 18th, 2021, I noticed that that they were not following CDC COVID 19 sanitary guidelines unless inside businesses while delivering mail. I was shadowing another mail carrier, who was my trainer. My trainer, at the time, had fallen ill and called in. I didn't know what the illness was for but not long after I had fallen ill. I called into work but the next day my conditioned worsened. I had to have my daughter take me to the hospital where I was diagnosed with Covid19. I was then put into isolation and oxygen. I was hospitalized for a week before released and then recovering for a month due to the extremity of my illness. During this time my daughter had gone down to USPS to let them know the situation. Where they informed me, since I had completed my training, I would be able to keep my job and that everything was fine and just to let them know when I would be able to return back to work. Once I recovered, I went down to the station, they had told me they would call me to let me know when I can start work again. I had not heard from them for a number of days. I then went back to my station where they

forced me to resign from my position. They didn't give any reasons for this, other than my incomplete training but I had completed it as I started to receive health, pension, union, and other benefits from USPS and, started to work as a mail carrier right as soon as I got Covid19. I was afraid to get fired and the repercussions of never being able to work in USPS again if I did not resign, as they said they would let me go instead if I didn't resign despite being ill with Covid19.

## Demand

The plaintiff prays that the proper process issue to the defendant and that upon hearing this, the court will grant a judgment for the plaintiff, against the defendant for all compensatory and punitive damages to which this honorable court deems the plaintiff is entitled to. Court cost and further relief under the applicable status mentioned above, including remedy for wrongful termination, loss of salary, future loss of wages, pension plan, loss of benefits, loss of Union, lack of sanity procedures, damaged credit, and bills unpaid on September 8, 2021. Plaintiff sustained financial damages having to file for Chapter 7 bankruptcy, accumulated Covid19 medical bulls, loss of job, loss of security, and emotion damage. As well as seeking remedy bodily injury due to contracting COVID19 as the plaintiff had to be hospitalized due to lack of sanitary procedures followed by proper CDC guidelines. In addition to violating the Occupational Safety and Health Act of 1970 and the 14th Amendment to the United States Constitution. The plaintiff will be seeking the compensatory damages of $1,000,000.00 based on salary loss ($364,800), pension plan ($364,800), loss benefits ($170,400), damaged credit ($100,000), pain and suffering, and emotional damage for the punitive damages of $1,000,000.00 to employee for wrongful conduct and violation of the Occupational Safety of Health Act of 1970. Seeking remedy under the FTCA Federal Tort Claims Act enacted in 1946. **Damages: $2,000,000.000.** In addition to violating the Occupational Safety and Health Act of 1970 and the 14th Amendment to the United States Constitution. The plaintiff will be seeking the compensatory damages of $1,000,000.00 based on salary loss ($364,800), pension plan ($364,800), loss benefits ($170,400), damaged credit ($100,000), pain and suffering, and emotional damage for the punitive damages of $1,000,000.00 to employee for wrongful conduct and violation of the Occupational Safety of Health Act of 1970. Seeking remedy under the FTCA Federal Tort Claims Act enacted in 1946.

Date: 10-12-2022

Signature of Pro Se Plaintiff
Yesenia Arce
12825 N 42nd Street Apt. 2049
Phoenix, AZ 85032
(602) 697-0510